B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California - Los Angeles Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**J&J Warehouse Company LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA First Park Place LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**75-3064055** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4120-4160 N. Maine Avenue &**<br>**14417-14547 Ramona Boulevard**<br>**Baldwin Park, CA**  ZIP Code **91706** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3435 Wilshire Blvd, Suite 2100**<br>**Los Angeles, CA**  ZIP Code **90010** | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | Check one box: | **Chapter 11 Debtors** |
|---|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). | |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **J&J Warehouse Company LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **J&J Warehouse Company LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ian S. Landsberg, Esq.**
Signature of Attorney for Debtor(s)

**Ian S. Landsberg, Esq. 137431**
Printed Name of Attorney for Debtor(s)

**LANDSBERG & ASSOCIATES, A Professional Law Corporation**
Firm Name

**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**

Address

**Email: ilandsberg@landsberg-law.com**
**(818) 855-5900  Fax: (818) 855-5910**
Telephone Number

**March 1, 2011        137431**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sang Min Han**
Signature of Authorized Individual

**Sang Min Han**
Printed Name of Authorized Individual

**President of J&J Warehouse Company, Inc., Managing Member**
Title of Authorized Individual

**March 1, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **J&J Warehouse Company LLC**                                                     Case No.
                                       Debtor(s)                                        Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **ABZ Pest Control Services, Inc.**<br>**17546 Studebaker Road**<br>**Cerritos, CA 90703** | **ABZ Pest Control Services, Inc.**<br>**17546 Studebaker Road**<br>**Cerritos, CA 90703** | **Business debt** | | 110.00 |
| **AdSpec**<br>**21818 Lassen St, Ste D**<br>**Chatsworth, CA 91311** | **AdSpec**<br>**21818 Lassen St, Ste D**<br>**Chatsworth, CA 91311** | **Business debt** | | 281.51 |
| **Aedas LA, LLP**<br>**1319 Abbot Kinney Blvd**<br>**Venice, CA 90291** | **Aedas LA, LLP**<br>**1319 Abbot Kinney Blvd**<br>**Venice, CA 90291** | **Business debt** | | 2,443.53 |
| **CAM Services**<br>**5664 Selmaraine Dr**<br>**Culver City, CA 90230** | **CAM Services**<br>**5664 Selmaraine Dr**<br>**Culver City, CA 90230** | **Business debt** | | 1,080.00 |
| **Frank's Lock & Door Closers**<br>**633 W Katella Ave, Ste G**<br>**Orange, CA 92867** | **Frank's Lock & Door Closers**<br>**633 W Katella Ave, Ste G**<br>**Orange, CA 92867** | **Business debt** | | 118.50 |
| **Good Time Productions, Inc**<br>**PO Box 6548**<br>**Orange, CA 92863** | **Good Time Productions, Inc**<br>**PO Box 6548**<br>**Orange, CA 92863** | **Business debt** | | 1,911.08 |
| **In Focus Advertising**<br>**29219 Canwood St, Ste 101**<br>**Agoura Hills, CA 91301** | **In Focus Advertising**<br>**29219 Canwood St, Ste 101**<br>**Agoura Hills, CA 91301** | **Business debt** | | 150.00 |
| **Linc Lighting & Electrical**<br>**A Linc Group Company**<br>**152 Technology Dr**<br>**Irvine, CA 92618** | **Linc Lighting & Electrical**<br>**A Linc Group Company**<br>**152 Technology Dr**<br>**Irvine, CA 92618** | **Business debt** | | 320.34 |
| **Mark Smith Contracting**<br>**1824 E Diana Ave**<br>**Anaheim, CA 92805** | **Mark Smith Contracting**<br>**1824 E Diana Ave**<br>**Anaheim, CA 92805** | **Business debt** | | 700.00 |
| **NewMark Merrill Companies, LLC**<br>**5850 Canoga Avenue, Suite 650**<br>**Woodland Hills, CA 91367** | **NewMark Merrill Companies, LLC**<br>**5850 Canoga Avenue, Suite 650**<br>**Woodland Hills, CA 91367** | **Business debt** | | 4,000.00 |
| **Showcard Sign Co., Inc**<br>**2100 E Howell Ave, #107**<br>**Anaheim, CA 92806** | **Showcard Sign Co., Inc**<br>**2100 E Howell Ave, #107**<br>**Anaheim, CA 92806** | **Business debt** | | 373.88 |

B4 (Official Form 4) (12/07) - Cont.

In re  **J&J Warehouse Company LLC**  
                       Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TR Credit<br>5850 Canoga Ave, Ste 650<br>Woodland Hills, CA 91367 | TR Credit<br>5850 Canoga Ave, Ste 650<br>Woodland Hills, CA 91367 | Business debt | | 29.34 |
| Valley County Water District<br>14521 Ramona Blvd<br>Baldwin Park, CA 91706 | Valley County Water District<br>14521 Ramona Blvd<br>Baldwin Park, CA 91706 | Business debt | | 2,184.31 |
| Verizon Communications<br>PO Box 920041<br>Dallas, TX 75392 | Verizon Communications<br>PO Box 920041<br>Dallas, TX 75392 | Business debt | | 83.55 |
| Waste Management of San Gabriel and Pomona Valley<br>PO Box 7814<br>Baldwin Park, CA 91706 | Waste Management of San Gabriel and Pomona Valley<br>PO Box 7814<br>Baldwin Park, CA 91706 | Business debt | | 5,717.62 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of J&J Warehouse Company, Inc., Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 1, 2011**         Signature  **/s/ Sang Min Han**  
                                                                **Sang Min Han**  
                                                                **President of J&J Warehouse Company, Inc., Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name: **Ian S. Landsberg, Esq.**

Address: **16030 Ventura Blvd., Suite 470 Encino, CA 91436**

Telephone: **(818) 855-5900 Fax: (818) 855-5910**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| List all names including trade names used by Debtor(s) within last 8 years:<br>**J&J Warehouse Company LLC**<br>**FDBA First Park Place LLC** | Case No.: |
|---|---|
| | Chapter: **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **4** sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **March 1, 2011**

**/s/ Sang Min Han**
**Sang Min Han**/**President of J&J Warehouse Company, Inc., Managing Member**
Signer/Title

Date: **March 1, 2011**

**/s/ Ian S. Landsberg, Esq.**
Signature of Attorney
**Ian S. Landsberg, Esq.**
**LANDSBERG & ASSOCIATES, A Professional Law Corporation**
**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**
**(818) 855-5900   Fax: (818) 855-5910**

J&J Warehouse Company LLC
3435 Wilshire Blvd, Suite 2100
Los Angeles, CA 90010


Ian S. Landsberg, Esq.
LANDSBERG & ASSOCIATES, A Professional Law Corporation
16030 Ventura Blvd., Suite 470
Encino, CA 91436


ABZ Pest Control Services, Inc.
17546 Studebaker Road
Cerritos, CA 90703


AdSpec
21818 Lassen St, Ste D
Chatsworth, CA 91311


Aedas LA, LLP
1319 Abbot Kinney Blvd
Venice, CA 90291


CAM Services
5664 Selmaraine Dr
Culver City, CA 90230


Center Bank
Oxford Office
3525 West 8th Street
Los Angeles, CA 90005


Frank's Lock & Door Closers
633 W Katella Ave, Ste G
Orange, CA 92867

```
Good Time Productions, Inc
PO Box 6548
Orange, CA 92863


HNY Financial, LLC
45 Roff Avenue, Unit B
Palisades Park, NJ 07650


In Focus Advertising
29219 Canwood St, Ste 101
Agoura Hills, CA 91301


J&E Capital, LLC
Attn: Jai Ho Kim
19739 Winged Foot Way
Porter Ranch, CA 91326


Jeffre T. Lowe, Esq.
Lowe & Baik
3600 Wilshire Boulevard, Suite 300
Los Angeles, CA 90010


Lawrence Han
Pacific Allied Asset Management
3435 Wilshire Boulevard, Suite 2820
Los Angeles, CA 90010


Linc Lighting & Electrical
A Linc Group Company
152 Technology Dr
Irvine, CA 92618


Mark Smith Contracting
1824 E Diana Ave
Anaheim, CA 92805
```

Newman Tek Capital, LLC
Attn: Jung Ku Jang
13021 Back Way
Cerritos, CA 90703


NewMark Merrill Companies, LLC
5850 Canoga Avenue, Suite 650
Woodland Hills, CA 91367


Ramona Maine, LP
Attn: Stacy L. Sokol
2029 Century Park East Suite 900
Los Angeles, CA 90067


Ramona Maine, LP
c/o Tisdale and Nicholson, LP
Attn: Kevin Hughes, Esq.
2029 Century Park East, Suite 900
Los Angeles, CA 90067


Ramona Maine, LP
3919 Beverly Blvd., Suite 104
Los Angeles, CA 90004


Showcard Sign Co., Inc
2100 E Howell Ave, #107
Anaheim, CA 92806


TR Credit
5850 Canoga Ave, Ste 650
Woodland Hills, CA 91367


UCC eZFILE
2020 Hurley Way
Sacramento, CA 95825

Valley County Water District
14521 Ramona Blvd
Baldwin Park, CA 91706


Verizon Communications
PO Box 920041
Dallas, TX 75392


Waste Management of
San Gabriel and Pomona Valley
PO Box 7814
Baldwin Park, CA 91706